J. D. Sands v. John D. McKee et al., Dwelling House Insurance Company, Garnishee, Appellants.

Argued Oct. 30, 1896. Appeal, No. 90, Oct. T., 1896, by defendants, from judgment of C. P. No. 3, Allegheny Co., Nov. T., 1894, No. 628, on verdict for plaintiffs. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE McCOLLUM, January 4, 1897 :

For the reasons given in the opinion filed in No. 89, October term, 1896, Yost v. Insurance Co., ante, p. 381, the judgment in this case is affirmed.